**Granted.**
**It is SO ORDERED.**
**s/Dan Aaron Polster**
**United States District Court**
**June 18, 2020**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SAUCY BREW WORKS, LLC,** | ) | CASE NO:  1:20-cv-01300 |
| **Individually and on behalf of all** | ) | |
| **others similarly situated** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **PLAINTIFF'S NOTICE OF VOLUNTARY** |
| **v.** | ) | **DISMISSAL WITHOUT PREJUDICE** |
| | ) | |
| **THE CINCINNATI INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

Now comes Plaintiff, by and through undersigned counsel and hereby dismisses the within action, pursuant to Federal Civ.R. 41(A)(1) without prejudice against Defendant.  Plaintiff reserves the right to refile the lawsuit within one year against the dismissed Defendants.

Respectfully submitted,

/s/ Thomas J. Connick
Thomas J. Connick (0070527)
CONNICK LAW, LLC
25550 Chagrin Blvd., Suite 101
Beachwood, Ohio  44122
PH: (216) 364-0512 – FX: (216) 609-3446
tconnick@connicklawllc.com
*Attorney for Plaintiff*